# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2025-1345
Lower Tribunal No. 2022-CF-000866

———————————————

NANJI AMILICAR WARE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal from the Circuit Court for Charlotte County.
Shannon H. McFee, Judge.

February 10, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and KAMOUTSAS, JJ., concur.


Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED